Motion granted.  So Ordered.

s/ Jeffrey J. Helmick
United States District Judge

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:23-cr-572 |
| v. | Hon. Jeffrey J. Helmick |
| **RASHAD NORRIS,** | **MOTION TO FILE SENTENCING MEMORANDUM UNDER SEAL** |
| *Defendant.* | Gregory M. Gilchrist<br>2801 West Bancroft St.<br>MS 507<br>Toledo, Ohio 43606<br>(419) 530-2712<br>greg.gilchrist.law@gmail.com<br><br>**ATTORNEY FOR DEFENDANT** |

The defense respectfully requests permission to file its Sentencing Memorandum under seal. The exhibit contains medical records that should not be made public.

Respectfully submitted,

s/ Greg Gilchrist
Gregory M. Gilchrist (97512)
2801 W. Bancroft St.
Toledo, Ohio 43606
Tel: (419) 530-2712
greg.gilchrist.law@gmail.com
Attorney for Defendant

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Motion to File Sentencing Memorandum Under Seal was electronically filed this 11th day of February, 2026. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt.

                                                Respectfully submitted,

                                                s/ Greg Gilchrist
                                                Gregory M. Gilchrist (97512)
                                                greg.gilchrist.law@gmail.com
                                                Attorney for Defendant